UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

Jacob Eli Goodson,

*Plaintiff, Pro Se*

v.

Commonwealth of Puerto Rico,

John Doe (State Actor),

Jane Doe (State Actor),

*Defendants.*

Civil Action No.: 25-cv-1458(MAJ)

---

**DECLARATION TABLE OF CONTENTS EXIBITS ACCOMPANYING**

**CIVIL COMPLAINT**

1

| EXHIBIT NUMBER | PAGE NUMBER |
|---|---|
| Collection of Money Complaint (Ex.101) | 1,2 |
| Motion Requesting That Admissions Be Deemed Admitted (Ex.102) | 3,4 |
| Judgement of the Court of First Instance (Ex. 103) | 5,6 |
| Motu Proprio Informative Pleading 1 (Ex. 104) | 7,8 |
| Motu Proprio Informative Pleading 2 (Ex.105) | 9,10 |
| Judgement of the Court of Appeals (Ex. 106) | 11,12 |
| Order regarding Reconsideration in Appeals Court of Puerto Rico (Ex. 107) | 13,14 |
| Judgement of the Supreme Court of Puerto Rico (Ex. 108) | 15,16 |

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct."

Date of signing: 29/08/25

Signature of Plaintiff *Jacob Eli Goodson*

Printed Name of Plaintiff Jacob Eli Goodson

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA DE AIBONITO
SALA MUNICIPAL DE COMERÍO

| | |
|---|---|
| **GIERBOLINI SERVICES LLC**<br>Parte Demandante<br><br>v.<br><br>**JACOB ELI GOODSON**<br>Parte Demandada | Civil Núm.:<br><br>Sala:<br><br>Sobre: **COBRO DE DINERO**<br>(Regla 60 de las Reglas de Procedimiento Civil de 2009, según enmendadas) |

## DEMANDA SOBRE COBRO DE DINERO

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante en el caso de autos, mediante la representación legal que suscribe, y respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. Que la jurisdicción y competencia de este Honorable Tribunal para atender los presentes reclamos emanan de las Reglas 3.1 y 3.2 de Procedimiento Civil (32 L.P.R.A. Ap. V, §3.1(a)(b) y 3.2) y los artículos 5.001 y 5.003 de la Ley de la Judicatura, Ley Núm. 21 del 22 de agosto de 2003, según enmendada.

2. Que este Honorable Tribunal adquiere jurisdicción sobre la materia del caso de autos al haber ocurrido los hechos dentro de la demarcación territorial del Estado Libre Asociado de Puerto Rico.

3. Que esta demanda por cobro de dinero se presenta ante este Honorable Tribunal, de conformidad con la Regla 3.4 de Procedimiento Civil, debido al pueblo de residencia de la Parte Demandada.

4. Que la Parte Demandante es una corporación debidamente autorizada a hacer negocios en Puerto Rico, con registro número 492948 en el Departamento de Estado. La dirección física del Demandante es Urb. Casa Linda Court 36 Calle B, Bayamón, P.R. 00959, teléfono (787)342-6106 y está representada por el Sr. Jorge I. Gierbolini Delgado, quien es mayor de edad, soltero, comerciante, y se desempeña como presidente de dicha compañía.

5. La dirección física y postal y número de teléfono de la Parte Demandada es como sigue:

**2 1**

[Certified Translation]

8/18/25

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

**COMMONWEALTH OF PUERTO RICO**
**GENERAL JUSTICE COURT**
**AIBONITO TRIAL COURT**
**MUNICIPAL COURT OF COMERIO**

| | |
|---|---|
| **GIERBOLINI SERVICES LLC** <br> **Plaintiff** <br><br> v. <br><br> **JACOB ELI GOODSON** <br> **Defendant** | Civil No.: <br><br> Courtroom: <br><br> In re: **COLLECTION OF MONEY** <br> (Rule 60 of the 2009 Rules of <br> Civil Procedure, as amended) |

**COMPLAINT ON THE COLLECTION OF MONEY**

**TO THE HONORABLE COURT:**

**COMES NOW** the plaintiff in the above-captioned case, through his legal representation who signs below and respectfully **STATES, ALLEGES AND PRAYS**:

1. That the territorial jurisdiction and subject matter jurisdiction of this Honorable Court to hear these claims stem from Rules 3.1 and 3.2 of the Rules of Civil Procedure (32 L.P.R.A. Ap. V, §3.1 (a)(b) and 3.2) and articles 5.001 and 5.003 of the Judiciary Act, Act No. 21 of August 22, 2003, as amended.
2. That this Honorable Court acquires jurisdiction over the subject matter of the case at bar because the events have occurred within the territorial area of the Commonwealth of Puerto Rico.
3. That this complaint on the collection of money is filed in this Honorable Court in accordance with Rule 3.4 of the Rules of Civil Procedure, due to the town where the Defendant resides.
4. That the plaintiff is a corporation duly authorized to do business in Puerto Rico, with registry number 492948 with the Department of State. The physical address of the plaintiff is Urb. Casa Linda Court 36 Calle B, Bayamon, P.R. 00959, telephone number (787) 342-6106, and is represented by Mr. Jorge I. Gierbolini Delgado, who is of legal age, a single man, a businessman, and works as the president of said corporation.
5. The physical address and mailing address and telephone number of the Defendant are as follows:

[Rubber Stamp]
Commonwealth of Puerto Rico,
General Justice Court,
Supreme Court

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA DE AIBONITO
SALA SUPERIOR DE COMERÍO

| | |
|---|---|
| **GIERBOLINI SERVICES LLC**<br>Parte Demandante<br><br>v.<br><br>**JACOB ELI GOODSON**<br>Parte Demandada | Civil Núm.: CR2024CV00153<br><br>Sala: 001<br><br>Sobre: **COBRO DE DINERO** |

**MOCIÓN SOLICITANDO QUE SE DEN POR ADMITIDAS LAS ADMISIONES**

**AL HONORABLE TRIBUNAL:**

Comparece el demandante, Gierbolini Services LLC, por conducto de la representación legal que subscribe y ante este Honorable Tribunal muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Que, como parte del descubrimiento de prueba en el caso de epígrafe, el día 12 de julio de 2024 el demandante notificó al demandado un Requerimiento de Admisiones.

2. Dicho Requerimiento de Admisiones era uno sencillo y corto.

3. Los requerimientos cursados al demandado se detallan a continuación:

   a. Admita que para el 2023 usted contrató a Gierbolini Services LLC para que hiciera un proyecto de mejoras en su propiedad ubicada en Comerío.

   b. Admita que usted conocía desde el inicio que el precio para dicho proyecto de mejoras era de $10,373.00.

   c. Admita que usted sabía que debía pagar la mitad del precio total de las mejoras al comenzar el proyecto.

   d. Admita que usted sabía que debía pagar la otra mitad del precio total de las mejoras al finalizar el proyecto.

   e. Admita que usted le pagó a Gierbolini Services LLC, mediante cheque de *Home Mortgage Bankers*, la primera mitad de $5,186.50 aproximadamente para el 21 de septiembre de 2023.

   f. Admita que ambas partes acordaron que el proyecto de mejoras debía terminarse en un periodo de noventa (90) días contados a partir del recibo del primer pago de $5,186.50.

[Certified Translation]

8/18/25

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

CR2024CV00153 08/15/2024 04:05:25 pm Entry Number 23 Page 1 of 6

## COMMONWEALTH OF PUERTO RICO
## GENERAL JUSTICE COURT
## AIBONITO TRIAL COURT
## SUPERIOR COURT OF COMERIO

| **GIERBOLINI SERVICES LLC**<br>**Plaintiff**<br><br>v.<br><br>**JACOB ELI GOODSON**<br>**Defendant** | Civil No.: CR2024CV000153<br><br>Courtroom: 001<br><br>In re:   COLLECTION OF MONEY |
|---|---|

### MOTION REQUESTING THAT ADMISSIONS BE DEEMED ADMITTED

**TO THE HONORABLE COURT:**

Comes now plaintiff, Gierbolini Services LLC, through its legal representative who signs below and before this Honorable Court very respectfully **STATES, ALLEGES AND PRAYS**:

1. That, as part of the discovery of evidence in the above-captioned case, on July 12, 2024, the plaintiff served the defendant with a Request for Admissions.
2. Said Request for Admissions was simple and short.
3. The requests sent to the defendant are listed below.
   a. Admit that around 2023 you hired Gierbolini Services LLC to perform an improvement project at your property located in Comerio.
   b. Admit that you knew from the beginning that the price for said improvement project was $10,373.00.
   c. Admit that you knew that you were to pay half the total price of the improvements at the beginning of the project.
   d. Admit that you knew you were to pay the other half of the total price of the improvements when the project was completed.
   e. Admit that you paid Gierbolini Services LLC, the first half of approximately $5,186.50 with a check from *Home Mortgage Bankers*, on or about September 21, 2023.
   f. Admit that both parties agreed that the improvement project would be completed in a period of ninety (90) days running from the time of receipt of the first payment of $5,186.50.

CR2024CV00153 08/15/2024 04:05:25 pm Entry Number 23 Page 2 of 6

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE COMERÍO**

| | |
|---|---|
| **GIERBOLINI SERVICES LLC,** Parte Demandante, v. **JACOB ELI GOODSON,** Parte Demandada. | **CIVIL NÚM.: CR2024CV00153** SOBRE: **COBRO DE DINERO (ORDINARIO)** |

## SENTENCIA

### I. TRASFONDO FÁCTICO Y PROCESAL

El 13 de mayo de 2024, Gierbolini Services LLC presentó una acción de cobro de dinero al amparo de la Regla 60 de las Reglas de Procedimiento Civil de Puerto Rico, 32 LPRA Ap. V, R. 60, para exigir el pago de una deuda por concepto de mejoras de construcción en la propiedad del Sr. Jacob Eli Goodson para las cuales éste último contrató al Demandante. El día 14 de mayo de 2024, se diligenció la citación/notificación personalmente al Demandado. El Demandado solicitó mediante moción la participación de un intérprete, la cual fue declarada Ha Lugar. El 29 de mayo de 2024, el Demandado presentó su Contestación a la Demanda e incluyó prueba documental. Inicialmente la vista fue pautada para el 17 de junio de 2024 mediante videoconferencia, la cual tuvo que posponerse para el 8 de julio de 2024 de manera presencial, debido a interferencia técnica que impedía la comunicación clara. El 3 de julio de 2024 la Honorable Juez Valerie Telles Telles ordenó el traslado y conversión del procedimiento del pleito a uno ordinario, dejando sin efecto la vista señalada para 8 de julio de 2024.

Acogido el procedimiento ordinario de cobro de dinero por esta sala, se señaló una vista por videoconferencia para el 22 de julio de 2024. A dicha vista compareció la parte Demandante en compañía de sus abogados, la Lcda. María del Mar Villamil Ocampo y el Lcdo. Jeffrey Hernández Escobar. Por su parte, el Demandado asistió personalmente representado por derecho propio y acompañado por el intérprete asignado por el Tribunal. Comenzados los procedimientos de rigor, el Honorable Juez Luis I. Navas de León procedió a tomar juramento a los testigos de la parte Demandante, Jorge I. Gierbolini Delgado y José Figueroa, al intérprete y al Demandado, Jacob Eli Goodson, quien confirmó su deseo de auto representarse luego de las advertencias del Tribunal. El Demandante dio comienzo al pleito con la

1

[Certified Translation]

8/18/25
*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

**COMMONWEALTH OF PUERTO RICO**
**GENERAL JUSTICE COURT**
**TRIAL COURT**
**SUPERIOR COURT OF COMERIO**

| | |
|---|---|
| **GIERBOLINI SERVICES LLC,** Plaintiff, | **CIVIL NO.: CR2024CV00153** |
| v. | IN RE: |
| **JACOB ELI GOODSON,** Defendant. | **COLLECTION OF MONEY (BY ORDINARY PROCEEDINGS)** |

**JUDGMENT**

**I.    FACTUAL AND PROCEDURAL BACKGROUND**

On May 13, 2024, Gierbolini Services LLC filed an action on collection of money under Rule 60 of the Puerto Rico Rules of Civil Procedure, 32 LPRA Ap. V. R. 60, to demand payment of a debt for building improvements on the property belonging to Mr. Jacob Eli Goodson for which the latter hired the plaintiff. On May 14, 2024, a subpoena/notice was personally served on the defendant. The defendant requested by way of a motion the participation of an interpreter, which was ordered Granted. On May 29, 2024, the defendant filed his answer to the complaint and included documents as evidence. Initially the hearing was scheduled for June 17, 2024 by videoconference, which had to be postponed until July 8, 2024 as being in-person, due to the technical interference that prevented clear communication. On July 3, 2024, the Honorable Judge Valerie Telles Telles ordered the proceedings for the suit transferred and converted into an ordinary proceeding, setting aside the hearing scheduled for July 8, 2024.

After the ordinary proceedings on the collection of money had been accepted by this court, a hearing was set by videoconference, on July 22, 2024. The plaintiff appeared at said hearing accompanied by his attorneys, Attorney Maria del Mar Villamil Ocampo and Atty. Jeffrey Hernandez Escobar. On his part, the Defendant attended personally represented as a pro se litigant and accompanied by an interpreter assigned by the Court. Once the standard proceedings had begun, the Honorable Judge Luis I. Navas de Leon proceeded to administer the oath to the witnesses for the Plaintiff, Jorge I. Gierbolini Delgado and Jose Figueroa, the interpreter and the Defendant, Jacob Eli Goodson, who confirmed his desire to represent himself after the warnings by the Court. The Plaintiff started the lawsuit with the…                    [faded rubber stamp]

1

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES PARA
COMERÍO

| GIERBOLINI SERVICIOS LLC<br>Apelado<br>v.<br>JACOB ELI GOODSON<br>Apelante | CIVIL NÚM.: KLAN 202401079<br><br>SOBRE:<br><br>COBRO DE DINERO<br>(ORDINARIO) |
|---|---|

MOTU PROPIO INFORMATIVO

El Apelante informa al tribunal y al abogado de Apelando que están obligados a través de las Leyes de P.R. tit. 1, § 59a a proporcionar cualquier comunicación del tribunal y del abogado de la parte contraria al apelante en inglés. A la fecha de presentación de este documento, ninguna de las respuestas de la corte de apelación se ha proporcionado en inglés.

Presentado en Comerio, Puerto Rico

Apelante:

Jacob Eli Goodson, Pro Se

| Mailing | Físico |
|---|---|
| 304 S. Jones Blvd Suite 3143 | HC1 Caja 4892 |
| Las Vegas Nevada 89107 | Comerio Puerto Rico 00782 |

5416131793

jacobeligoodson01@outlook.com

Servicio a través de USPS
Abogado del apelado:
Jeffry Hernandez Escobar LCDO RUA 21888
P.O. BOX 976 Gurabo, Puerto Rico 00778
787-247-6376
jhe@estudioenlace.com



**222**

[Certified Translation]

8/18/25

Daniel Tomlinson
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

## COMMONWEALTH OF PUERTO RICO
## APPEALS COURT FOR
## COMERIO

| | |
|---|---|
| **GIERBOLINI SERVICES LLC** <br> Appellee, <br><br> v. <br><br> **JACOB ELI GOODSON** <br> Appellant | Civil No.: KLAN 202401079 <br><br> IN RE: <br><br> **COLLECTION OF MONEY** <br> **(BY ORDINARY PROCEEDINGS)** |

### MOTU PROPRIO INFORMATIVE PLEADING

The Appellant reports to the court and to the attorney for the Appellee that they are required by way of the Laws of Puerto Rico tit. I, § 591 to provide any communication from the court and from the attorney for the opposing party to the Appellant in English. As of the date of filing of this document, none of the answers by the court of appeals has been provided in English.

Filed in Comerio, Puerto Rico

**Appellant:**

Jacob Eli Goodson, Pro Se

| Mailing [address] | Physical [address] |
|---|---|
| 304 S. Jones Blvd Suite 3143 | HC1 Box 4892 |
| Las Vegas Nevada 89107 | Comerio Puerto Rico 00782 |

5416131793

Jacobeligoodson(1)@outlook.com

Service through USPS
Attorney for the Appellee:
Jeffrey Hernandez Escobar
LCDA RUA 21888
P.O. BOX 976 Gurabo,
Puerto Rico 00778
787-247-6376
jhe@estudioenlace.com

[Rubber Stamp]
Commonwealth of Puerto Rico,
General Justice Court,
Supreme Court

222

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES PARA
COMERÍO

| GIERBOLINI SERVICIOS LLC<br>Apelado<br>v.<br>JACOB ELI GOODSON<br>Apelante | CIVIL NÚM.: KLAN 202401079<br><br>SOBRE:<br><br>COBRO DE DINERO<br>(ORDINARIO ) |
|---|---|

## MOTU PROPIO INFORMATIVO

El Apelante informa al tribunal y al abogado de Apelando que están obligados a través de las Leyes de P.R. tit. 1, § 59, P.R. tit. 1, § 59a a proporcionar cualquier comunicación del tribunal y del abogado de la parte contraria al apelante en inglés. A la fecha de presentación de este documento, ninguna de las respuestas de la corte de apelación se ha proporcionado en inglés.

También se le informa al tribunal que está violando el Título VI U.S.C 42 de la Ley de Derechos Civiles de 1964 de los Estados Unidos de América. Se le informa además al tribunal que es parte de los Estados Unidos de América y está sujeto a la ley federal. Si el tribunal no cumple con sus propias reglas en 1 L.P.R.A § 59 PR Const art II § 7 y el Título VI U.S.C 42, se iniciará una solicitud de acciones correctivas de las agencias federales pertinentes, así como de la oficina del Secretario de Justicia de Puerto Rico y la División de Derechos Civiles de Puerto Rico.

Presentado en Comerio, Puerto Rico

Apelante:

Jacob Eli Goodson, Pro Se

| Mailing<br>304 S. Jones Blvd Suite 3143<br>Las Vegas Nevada 89107 | Físico<br>HC1 Caja 4892<br>Comerio Puerto Rico 00782 |
|---|---|

5416131793

jacobeligoodson01@outlook.com

| Servicio a través de USPS<br>**Abogado del apelado:**<br>Jeffry Hernandez Escobar LCDO RUA 21888<br>P.O. BOX 976 Gurabo, Puerto Rico 00778<br>787-247-6376<br>jhe@estudioenlace.com |
|---|



**223**

[Certified Translation]

8/18/25
*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

**COMMONWEALTH OF PUERTO RICO**
**APPEALS COURT FOR**
**COMERIO**

| | |
|---|---|
| **GIERBOLINI SERVICES LLC**<br>Appellee,<br><br>v.<br><br>**JACOB ELI GOODSON**<br>Appellant | **CIVIL NO.: KLAN 202401079**<br><br>IN RE:<br><br>**COLLECTION OF MONEY**<br>**(BY ORDINARY PROCEEDINGS)** |

**MOTU PROPRIO INFORMATIVE PLEADING**

The Appellant reports to the court and to the attorney for the Appellee that they are required by way of The Laws of Puerto Rico tit. I, § 591 to provide any communication from the court and from the attorney for the opposing party to the appellant in English. As of the date of filing of this document, none of the answers of the court of appeals has been provided in English.

The court is also informed that it is violating Title VI U.S.C. 42 of the Civil Rights Act of 1964 of the United States of America. The court is informed furthermore that it is part of the United States and is subject to federal law.

If the court does not comply with its own rules in 1 L.P.R.A. § 59 PR Const art II § 7 and Title VI U.S.C. 42, a motion for corrective actions will be filed with the relevant federal agencies, as well as the Office of the Puerto Rico Secretary of Justice and the Puerto Rico Civil Rights Division.

Filed in Comerio, Puerto Rico

Appellant:
Jacob Eli Goodson, Pro Se

| Mailing [address] | Physical [address] |
|---|---|
| 304 S. Jones Blvd Suite 3143 | HC1 Box 4892 |
| Las Vegas Nevada 89107 | Comerio Puerto Rico 00782 |

5416131793
Jacobeligoodson(1)@outlook.com

| | |
|---|---|
| Service through USPS<br>Attorney for the Appellee:<br>Jeffrey Hernandez Escobar<br>LCDA RUA 21888<br>P.O. BOX 976 Gurabo,<br>Puerto Rico 00778<br>787-247-6376 - jhe@estudioenlace.com | Rubber Stamp]<br>Commonwealth of Puerto Rico,<br>General Justice Court,<br>Supreme Court |

223

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| GIERBOLINI SERVICES, LLC.<br><br>Parte Apelada<br><br>v.<br><br>JACOB ELI GOODSON<br><br>Parte Apelante | KLAN202401079 | *Apelación*, procedente del Tribunal de Primera Instancia, Sala Superior de Comerío<br><br>Caso Núm.:<br>CR2024CV00153<br><br>Sobre:<br>Cobro de Dinero (ordinario) |
|---|---|---|

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Monge Gómez.

Monge Gómez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 21 de febrero de 2025.

Compareció por derecho propio el Sr. Jacob Eli Goodson (en adelante, "Apelante" o "señor Goodson"), mediante recurso de *Apelación* en el que nos solicitó que revoquemos la *Sentencia* que emitió y notificó el Tribunal de Primera Instancia, Sala Superior de Comerío, el 30 de octubre de 2024. Mediante el referido dictamen, el foro primario declaró "Con Lugar" la "**Demanda**" que presentó la empresa Gierbolini Services LLC (en adelante, "Apelado" o "Gierbolini") y ordenó al Apelante el pago de la suma principal de $5,186.50, más los intereses acumulados, hasta su total y completo saldo, además de la cantidad de $2,500.00, por concepto de honorarios de abogados, costas y gastos a favor del Apelado.

Por los fundamentos que expondremos a continuación, *confirmamos* el dictamen apelado.

I.

En mayo de 2024, Giberbolini presentó una "**Demanda sobre Cobro de Dinero**", al amparo de la Regla 60 de Procedimiento Civil, 32 LPRA Ap. V, R. 60, contra el señor Goodson.[1] Surge del expediente de autos, que ambas

---

[1] *Véase*, Apéndice del recurso de apelación, págs. 1-4.

Número Identificador:
SEN2025_____

**8**

ID: 4A3FDB47-60C6-46F1-88DE-2C9265B213CD    FIRMADO ELECTRÓNICAMENTE: 02/21/2025 03:29:57 PM

[Certified Translation]

8/18/25

*Daniel Tomlinson*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

COMMONWEALTH OF PUERTO RICO
APPEALS COURT
PANEL III

| | | |
|---|---|---|
| GIERBOLINI SERVICES, LLC. <br><br> Appellee <br><br> v. <br><br> JACOB ELI GOODSON <br><br> Appellant | KLAN202401079 | *Appeal*, originating in the Trial Court, Superior Court of Comerio <br><br> Case No.: CR2024CV00153 <br><br> In re: Collection of Money (Ordinary proceedings) |

Panel composed of its chief judge, Judge Figueroa Caban, Judge Salgado Schwarz, and Judge Monge Gomez. Monge Gomez delivered the judgment of the Court.

**JUDGMENT**

In San Juan, Puerto Rico, February 21, 2025.

Mr. Jacob Eli Goodson (hereinafter the "Appellant" or "Mr. Goodson,") appeared as a pro se litigant by means of a motion for *appeal* in which he requested us to reverse the Judgment that was issued and notice of which was provided by the Trial Court, Superior Court of Comerio, on October 30, 2024. In said decision, the court below ordered the "Complaint" that had been filed by the business Gierbolini Services LLC (hereinafter, the "Appellee" or "Gierbolini") to be "Granted," and ordered the Appellant to pay the principal sum of $5,186.50 plus accrued interest, until it has been paid in full, plus the amount of $2,500 for attorney fees, costs, and expenses to the Appellee.

On the grounds we state below, we *affirm* the decision being appealed.

I

In May of 2024, Gierbolini filed a "**Complaint on Collection of Money**" under Rule 60 of the Rules of Civil Procedure, 32 LPRA Ap. V. R. 60, against Mr. Goodson.[1] It appears in the case file that both....

Identifying number:
RES2025 _____
ID: 4A3FDB47-60C646-F1-88DE-2C9265B213CD     ELECTRONICALLY SIGNED: 02/21/2025 3:29:57 PM

8

---

[1] See Appendix to the motion for appeal, pgs. 1-4

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| | | |
|---|---|---|
| GIERBOLINI SERVICES, LLC.<br><br>Parte Apelada<br><br>v.<br><br>JACOB ELI GOODSON<br><br>Parte Apelante | KLAN202401079 | *Apelación,*<br>procedente del Tribunal de Primera Instancia, Sala Superior de Comerío<br><br>Caso Núm.:<br>CR2024CV00153<br><br>Sobre:<br>Cobro de Dinero (ordinario) |

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Monge Gómez.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de marzo de 2025.

Examinado el documento *Motu Proprio Reconsideración*, presentado por el apelante el 7 de marzo de 2025, este Tribunal resuelve como sigue:

No Ha Lugar.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador:
RES2025_____



ID: E0159940-FF16-48FD-8B17-DBEBA4096B18    FIRMADO ELECTRÓNICAMENTE: 03/10/2025 03:32:40 PM

[Certified Translation]

8/18/25

*signature*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

## COMMONWEALTH OF PUERTO RICO
## APPEALS COURT
## PANEL III

| | | |
|---|---|---|
| GIERBOLINI SERVICES, LLC.<br><br>Appellee<br><br>v.<br><br>JACOB ELI GOODSON<br><br>Appellant | KLAN 202401079 | *Appeal*, originating in the Trial Court, Superior Court of Comerio<br><br>Case No.:<br>CR2024CV00153<br><br>In re:<br>Collection of Money<br>(Ordinary proceedings) |

Panel composed of its chief judge, Judge Figueroa Caban, Judge Salgado Schwarz, and Judge Monge Gomez.

### DECISION

In San Juan, Puerto Rico, March 10, 2025.

Having examined the document entitled *Motu Proprio Reconsideration*, filed by the appellant on March 7, 2025, this Court decides as follows:

Denied.

So decided and ordered by the Court, and certified by the Clerk of the Court of Appeals.

Sgd. *Lilia M. Oquendo Solís*

Atty. Lilia M. Oquendo Solis
Clerk of the Court of Appeals

[Rubber Stamp]
Commonwealth of Puerto Rico,
General Justice Court,
Supreme Court

Identifying number:
RES2025 _____
ID: E0159940-FF16-48FD-8B17-DBEBA4096B18

[Bar code]
**225**
ELECTRONICALLY SIGNED: 03/10/2025 3:32:40 PM

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA II

| | | |
|---|---|---|
| Gierbolini Services, LLC<br><br>Recurrido<br><br>v.<br><br>Jacob Eli Goodson<br><br>Peticionario | CC-2025-0200 | *Certiorari* |

Sala de Despacho integrada por el Juez Asociado señor Martínez Torres como su Presidente, el Juez Asociado señor Feliberti Cintrón y la Jueza Asociada Rivera Pérez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de mayo de 2025.

Atendida la petición de *certiorari* presentada por Jacob Eli Goodson (peticionario), así como los escritos *Motion motu propio oral argument*; *Motion motu propio filling method*; y *Motion motu propio case file request*, se provee no ha lugar.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.



Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo

PES2025000 74410

[Certified Translation]

8/18/25

*[Signature]*
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

IN THE SUPREME COURT OF PUERTO RICO
ROOM II

| | | |
|---|---|---|
| Gierbolini Services, LLC<br><br>Respondent<br><br>v.<br><br>Jacob Eli Goodson<br><br>Petitioner | CC-2025-0200 | Certiorari |

The Court Meeting Room members made up of the Associate Justice Mr. Martinez Torres as the Chief Justice, Associate Justice Mr. Feliberti Cintron, and [female] Associatie Justice Rivera Perez.

DECISION

In San Juan, Puerto Rico, May 9, 2025.

Having heard the petition for *certiorari* filed by Jacob Eli Goodson (petitioner), as well as the pleadings *Motion motu proprio oral argument*, *Motion motu proprio filing method*; and *Motion motu proprio case file request,* the disposition is that it is denied.

Decided by the Court and certified by the Clerk of the Supreme Court.

| [Rubber Stamp]<br>COMMONWEALTH OF PUERTO RICO<br>GENERAL JUSTICE COURT<br>SUPREME COURT | [Sgd.]<br>Javier O. Sepulveda Rodriguez<br>Supreme Court Clerk | [Rubber Stamp]<br>COMMONWEALTH OF PUERTO RICO<br>GENERAL JUSTICE COURT<br>SUPREME COURT |

Res 202500074410