### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JACOB ELI GOODSON,<br>    Plaintiff,<br><br>        v.<br><br>JENNIFFER GONZALEZ-COLON, GOVERNOR OF PUERTO RICO; ET AL.,<br><br>    Defendants. | CIVIL NO. 3:25-cv-01458 (MAJ) |

### MOTION TO UNRESTRICT DOCKET NO. 131

TO THE HONORABLE COURT:

Defendant **Jeffrey Hernandez Escobar** ("Mr. Hernández"), through undersigned counsel, respectfully moves for an order unrestricting Docket No. 131 and states as follows in support:

1.　Once again, Plaintiff disregards this Court's directives and applicable rules by filing an *ex parte* motion. Because Plaintiff failed to comply with the procedural requirements governing restricted filings, the Court should unrestrict Docket No. 131 for public viewing.

2.　No legitimate basis exists for restricting the filed motion. Plaintiff made no application for restriction pursuant to the Local Civil Rules or the applicable Standing Order governing restricted filings. Absent appropriate justification and leave of court, the document cannot remain restricted on the docket.

3.　Plaintiff's filing also violates this Court's Order at ECF No. 130, which directed that "[f]uture filings shall be made through counsel of record." This Court previously

admonished Plaintiff on this same issue. See ECF No. 116 (instructing Plaintiff that all filings must be made through Appointed Counsel while represented). Because Plaintiff circumvented established procedures for both the manner of filing and the restriction of documents, the Court should unrestrict ECF No. 131 to ensure transparency and compliance with court procedures.

**WHEREFORE,** Mr. Hernández respectfully requests that the Court enter an order unrestricting Docket No. 131 for public access.

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this case and to Plaintiff Jacob Eli Goodson via the CM/ECF system pursuant to his Pro Se Consent to Receive Electronic Notices filed on August 29, 2025, at Docket No. 2.

**RESPECTFULLY SUBMITTED**, in the city of San Juan, Puerto Rico, this 4th day of March 2026.

S/KENNETH C. SURIA
Kenneth C. Suria
D.P.R. Bar No. 213302
Email: kcsuria@estrellallc.com

Estrella, LLC
Attorneys & Counselors
Attorneys for *Jeffrey Hernandez Escobar*
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.:  787-977-5050
Fax:  787-977-5090
